# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. VEGA, | CASE NO. 1:10-cv-00018-SMS PC |
| Plaintiff, | ORDER GRANTING DEFENDANTS' REQUEST FOR RELIEF FROM RESPONDING TO THE COMPLAINT, AND FOR A THIRTY DAY EXTENSION OF TIME TO RESPOND TO THE COMPLAINT, TO COMMENCE UPON ISSUANCE OF SCREENING ORDER |
| v. | |
| JAMES A. YATES, et al., | |
| Defendants. | |
| | (Doc. 1) |

Plaintiff Jose A. Vega is a state prisoner proceeding pro se in this civil rights action. Defendants Yates and Igbinosa removed this action from Fresno County Superior Court on January 5, 2010. 28 U.S.C. § 1441(b). Defendants request to be relieved of their obligation to respond to the complaint pending screening by the Court pursuant to 28 U.S.C. § 1915A. Fed. R. Civ. P. 81(c). Defendants seek a thirty day extension of time to respond to the complaint, to commence upon issuance of the screening order.

Defendants' request is HEREBY GRANTED, and Defendants shall have **thirty (30) days** to file a response to the complaint, to commence upon issuance of the screening order.

IT IS SO ORDERED.

**Dated:   January 6, 2010**              /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE

1