# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. VEGA,<br><br>            Plaintiff,<br><br>    v.<br><br>JAMES A. YATES, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:10-cv-00018-SKO PC<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED<br><br>(Docs. 1 and 7) |

Plaintiff Jose A. Vega is a state prisoner proceeding pro se in this civil rights action, which was removed from Fresno County Superior Court on January 5, 2010, by Defendant J. Yates and F. Igbinosa. 28 U.S.C. § 1441(b). On March 4, 2011, the Court dismissed Plaintiff's complaint for failure to state any claims upon which relief may be granted and ordered Plaintiff to file an amended complaint within thirty days. 28 U.S.C. § 1915A. On April 8, 2011, the Court granted Plaintiff a sixty-day extension of time to file an amended complaint, but the time period has expired and Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

///
///
///
///
///
///

1

Accordingly, pursuant to 28 U.S.C. § 1915A, this action is HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which relief may be granted.

IT IS SO ORDERED.

**Dated:   June 28, 2011**              /s/ Sheila K. Oberto
                                  UNITED STATES MAGISTRATE JUDGE